# Exhibit A

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **CONTINGENT FEE AGREEMENT** |
| COUNTY OF GREENVILLE | ) | |

    Kevin Faile (hereinafter referred to as "Client") does hereby employ and retain Rothstein Law Firm, PA (hereinafter referred to as "Law firm") to represent him in connection with the following matter:

> **Lawsuit to collect unpaid wages and overtime compensation arising out of Client's employment with Lancaster County EMS as a paramedic. Client understands that the lawsuit may be filed as a collective action or a class action and that he would be named as a class representative, suing on behalf of himself and other similarly situated persons.**

    In consideration of the necessary legal services to be rendered by the law firm, it is hereby expressly agreed that Law firm will retain or claim twenty-five percent (25%) of any and all monies or other compensation which may be paid or become due in a settlement before the institution of a lawsuit. In the event the case is filed as a lawsuit, it is hereby expressly agreed that Law firm will retain or claim thirty-three and one-third percent (33 1/3%) of any and all monies or other compensation which may be paid or become due in settlement, or by judgment or otherwise. If the Court makes an award of attorney's fees, Law firm will retain the larger of the Court-awarded fees or 33 1/3% of the total recovery (including the fee award).

    Client is responsible for all out-of-pocket costs incurred in the processing of this case. To the extent that any such costs are directly attributable to one Client, those costs will be apportioned to that particular Client. Costs that are common to all Clients will be apportioned equally to each Client on a pro-rata basis. Law firm will bill Client for these costs on a monthly basis, and Client agrees to reimburse Law firm for all out-of-pocket expenses within ten (10) days of billing. Law firm will advance the initial out-of-pocket expenses of the suit; however, if the total out-of-pocket expenses exceed One thousand dollars ($1,000.00), Law firm may require Client, and Client agrees, to deposit the sum of Five hundred dollars ($500.00) into Law firm's trust account against which such costs will be billed. Client is responsible for the payment of all out-of-pocket costs even if no recovery is obtained. Law firm will advance all costs directly attributable to the class action portion of the lawsuit, including providing notice to potential class members, in the event that the Court does not order such expenses to be paid by the County.

    If a recovery is obtained by settlement or otherwise, Law firm shall first subtract its percentage of the recovery for fees as agreed above. It shall then subtract any unreimbursed out-of-pocket costs from the remaining amount. Client authorizes and directs Law firm to deduct and pay any expert witness fees and costs from the recovery. The net proceeds of the recovery shall then be paid to Client. If the case is settled as a class action or collective action, Law firm may request that Client receive a larger portion of the recovery than that received by non-named plaintiffs because of the additional risks and responsibilities of being a named plaintiff in this action, subject to

approval by the Court. In the event of no recovery, Client shall owe Law firm nothing for attorney's fees, although Client will be responsible for paying his fair, pro-rata share of out-of-pocket costs advanced by Law firm.

Law firm retains the absolute right, it its own discretion, to withdraw at any time from the case if, after investigating the claim, Law firm determines that the claim does not appear to be recoverable, if the defendant does not have sufficient assets to satisfy a reasonably likely judgment, if there is no liability insurance coverage for the claim, or if the costs and time required to prosecute the action are disproportionate to the likely recovery.

In recognition of Law firm's co-ownership interest in the proceeds of this legal matter, and to secure payment by Client to Law firm of all expenses, court costs and attorneys' fees that Client is obligated to pay under this contract, Client hereby grants to Law firm a charging lien applicable to any and all recoveries in this matter, whether by settlement, collection of a judgment or otherwise. If Law firm is discharged prematurely without cause, Client agrees to reimburse Law firm for its advanced costs, and will pay to Law firm a reasonable fee for services it rendered in Client's behalf up to the time it is discharged. In determining what fee is reasonable, the factors to be considered will be those used to determine the reasonableness of a legal fee under the law of South Carolina. Client agrees that, as of the date of this contract, the value of any of Client's claims or causes of action is speculative and is dependent upon the services of counsel for its potential to be realized.

Client employs Law firm for representation in the above-described claim for damages only. Representation in any other matters must be the subject of a separate agreement. Client understands and agrees that Law firm does not provide advice or representation with respect to tax matters, and it is Client's responsibility to obtain tax advice from a Certified Public Accountant or other tax professional.

Law firm is under no obligation to take an appeal from any decision, judgment or order obtained in the case. If Client and Law firm agree to take an appeal, or if the other side takes an appeal, the percentages set forth above are subject to renegotiation, or an hourly fee may be charged.

Neither Law firm nor Client will settle the case without the other's approval. Client agrees not to settle, compromise or litigate said claim, or to retain any other attorney to handle the claim, without first paying Law firm according to the terms set forth above. Law firm may withdraw at any time upon giving reasonable notice to Client, and upon approval by the Court.

**<u>Client agrees that Law firm has made no promises or guarantees regarding the outcome of Client's claim.</u>**

Client has read this agreement, received a copy of it and agrees to all the terms and conditions herein. The terms and conditions of this agreement are binding upon Client's heirs, executors and legal representatives.

Signed this the _29th_ day of October, 2010.

_____          _____
Client                                                                    Rothstein Law Firm, PA

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | |
| ) | CONTINGENT FEE AGREEMENT |
| COUNTY OF GREENVILLE ) | |

     Louis C. Roman (hereinafter referred to as "Client") does hereby employ and retain Rothstein Law Firm, PA (hereinafter referred to as "Law firm") to represent him in connection with the following matter:

     **Lawsuit to collect unpaid wages and overtime compensation arising out of Client's employment with Lancaster County EMS as a paramedic. Client understands that the lawsuit may be filed as a collective action or a class action and that he would be named as a class representative, suing on behalf of himself and other similarly situated persons.**

     In consideration of the necessary legal services to be rendered by the law firm, it is hereby expressly agreed that Law firm will retain or claim twenty-five percent (25%) of any and all monies or other compensation which may be paid or become due in a settlement before the institution of a lawsuit. In the event the case is filed as a lawsuit, it is hereby expressly agreed that Law firm will retain or claim thirty-three and one-third percent (33 1/3%) of any and all monies or other compensation which may be paid or become due in settlement, or by judgment or otherwise. If the Court makes an award of attorney's fees, Law firm will retain the larger of the Court-awarded fees or 33 1/3% of the total recovery (including the fee award).

     Client is responsible for all out-of-pocket costs incurred in the processing of this case. To the extent that any such costs are directly attributable to one Client, those costs will be apportioned to that particular Client. Costs that are common to all Clients will be apportioned equally to each Client on a pro-rata basis. Law firm will bill Client for these costs on a monthly basis, and Client agrees to reimburse Law firm for all out-of-pocket expenses within ten (10) days of billing. Law firm will advance the initial out-of-pocket expenses of the suit; however, if the total out-of-pocket expenses exceed One thousand dollars ($1,000.00), Law firm may require Client, and Client agrees, to deposit the sum of Five hundred dollars ($500.00) into Law firm's trust account against which such costs will be billed. Client is responsible for the payment of all out-of-pocket costs even if no recovery is obtained. Law firm will advance all costs directly attributable to the class action portion of the lawsuit, including providing notice to potential class members, in the event that the Court does not order such expenses to be paid by the County.

     If a recovery is obtained by settlement or otherwise, Law firm shall first subtract its percentage of the recovery for fees as agreed above. It shall then subtract any unreimbursed out-of-pocket costs from the remaining amount. Client authorizes and directs Law firm to deduct and pay any expert witness fees and costs from the recovery. The net proceeds of the recovery shall then be paid to Client. If the case is settled as a class action or collective action, Law firm may request that Client receive a larger portion of the recovery than that received by non-named plaintiffs because of the additional risks and responsibilities of being a named plaintiff in this action, subject to

approval by the Court. In the event of no recovery, Client shall owe Law firm nothing for attorney's fees, although Client will be responsible for paying his fair, pro-rata share of out-of-pocket costs advanced by Law firm.

Law firm retains the absolute right, it its own discretion, to withdraw at any time from the case if, after investigating the claim, Law firm determines that the claim does not appear to be recoverable, if the defendant does not have sufficient assets to satisfy a reasonably likely judgment, if there is no liability insurance coverage for the claim, or if the costs and time required to prosecute the action are disproportionate to the likely recovery.

In recognition of Law firm's co-ownership interest in the proceeds of this legal matter, and to secure payment by Client to Law firm of all expenses, court costs and attorneys' fees that Client is obligated to pay under this contract, Client hereby grants to Law firm a charging lien applicable to any and all recoveries in this matter, whether by settlement, collection of a judgment or otherwise. If Law firm is discharged prematurely without cause, Client agrees to reimburse Law firm for its advanced costs, and will pay to Law firm a reasonable fee for services it rendered in Client's behalf up to the time it is discharged. In determining what fee is reasonable, the factors to be considered will be those used to determine the reasonableness of a legal fee under the law of South Carolina. Client agrees that, as of the date of this contract, the value of any of Client's claims or causes of action is speculative and is dependent upon the services of counsel for its potential to be realized.

Client employs Law firm for representation in the above-described claim for damages only. Representation in any other matters must be the subject of a separate agreement. Client understands and agrees that Law firm does not provide advice or representation with respect to tax matters, and it is Client's responsibility to obtain tax advice from a Certified Public Accountant or other tax professional.

Law firm is under no obligation to take an appeal from any decision, judgment or order obtained in the case. If Client and Law firm agree to take an appeal, or if the other side takes an appeal, the percentages set forth above are subject to renegotiation, or an hourly fee may be charged.

Neither Law firm nor Client will settle the case without the other's approval. Client agrees not to settle, compromise or litigate said claim, or to retain any other attorney to handle the claim, without first paying Law firm according to the terms set forth above. Law firm may withdraw at any time upon giving reasonable notice to Client, and upon approval by the Court.

**Client agrees that Law firm has made no promises or guarantees regarding the outcome of Client's claim.**

Client has read this agreement, received a copy of it and agrees to all the terms and conditions herein. The terms and conditions of this agreement are binding upon Client's heirs, executors and legal representatives.

Signed this the __28__ day of October, 2010.

__[signature]__  
Client

__[signature]__  
Rothstein Law Firm, PA

| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA** | ) | |
| | ) | **CONTINGENT FEE AGREEMENT** |
| **COUNTY OF GREENVILLE** | ) | |

Alan R. DePalma (hereinafter referred to as "Client") does hereby employ and retain Rothstein Law Firm, PA (hereinafter referred to as "Law firm") to represent him in connection with the following matter:

**Lawsuit to collect unpaid wages and overtime compensation arising out of Client's employment with Lancaster County EMS as a paramedic. Client understands that the lawsuit may be filed as a collective action or a class action and that he would be named as a class representative, suing on behalf of himself and other similarly situated persons.**

In consideration of the necessary legal services to be rendered by the law firm, it is hereby expressly agreed that Law firm will retain or claim twenty-five percent (25%) of any and all monies or other compensation which may be paid or become due in a settlement before the institution of a lawsuit. In the event the case is filed as a lawsuit, it is hereby expressly agreed that Law firm will retain or claim thirty-three and one-third percent (33 1/3%) of any and all monies or other compensation which may be paid or become due in settlement, or by judgment or otherwise. If the Court makes an award of attorney's fees, Law firm will retain the larger of the Court-awarded fees or 33 1/3% of the total recovery (including the fee award).

Client is responsible for all out-of-pocket costs incurred in the processing of this case. To the extent that any such costs are directly attributable to one Client, those costs will be apportioned to that particular Client. Costs that are common to all Clients will be apportioned equally to each Client on a pro-rata basis. Law firm will bill Client for these costs on a monthly basis, and Client agrees to reimburse Law firm for all out-of-pocket expenses within ten (10) days of billing. Law firm will advance the initial out-of-pocket expenses of the suit; however, if the total out-of-pocket expenses exceed One thousand dollars ($1,000.00), Law firm may require Client, and Client agrees, to deposit the sum of Five hundred dollars ($500.00) into Law firm's trust account against which such costs will be billed. Client is responsible for the payment of all out-of-pocket costs even if no recovery is obtained. Law firm will advance all costs directly attributable to the class action portion of the lawsuit, including providing notice to potential class members, in the event that the Court does not order such expenses to be paid by the County.

If a recovery is obtained by settlement or otherwise, Law firm shall first subtract its percentage of the recovery for fees as agreed above. It shall then subtract any unreimbursed out-of-pocket costs from the remaining amount. Client authorizes and directs Law firm to deduct and pay any expert witness fees and costs from the recovery. The net proceeds of the recovery shall then be paid to Client. If the case is settled as a class action or collective action, Law firm may request that Client receive a larger portion of the recovery than that received by non-named plaintiffs because of the additional risks and responsibilities of being a named plaintiff in this action, subject to

approval by the Court. In the event of no recovery, Client shall owe Law firm nothing for attorney's fees, although Client will be responsible for paying his fair, pro-rata share of out-of-pocket costs advanced by Law firm.

Law firm retains the absolute right, it its own discretion, to withdraw at any time from the case if, after investigating the claim, Law firm determines that the claim does not appear to be recoverable, if the defendant does not have sufficient assets to satisfy a reasonably likely judgment, if there is no liability insurance coverage for the claim, or if the costs and time required to prosecute the action are disproportionate to the likely recovery.

In recognition of Law firm's co-ownership interest in the proceeds of this legal matter, and to secure payment by Client to Law firm of all expenses, court costs and attorneys' fees that Client *is obligated to pay under this contract*, Client hereby grants to Law firm a charging lien applicable to any and all recoveries in this matter, whether by settlement, collection of a judgment or otherwise. If Law firm is discharged prematurely without cause, Client agrees to reimburse Law firm for its advanced costs, and will pay to Law firm a reasonable fee for services it rendered in Client's behalf up to the time it is discharged. In determining what fee is reasonable, the factors to be considered will be those used to determine the reasonableness of a legal fee under the law of South Carolina. Client agrees that, as of the date of this contract, the value of any of Client's claims or causes of action is speculative and is dependent upon the services of counsel for its potential to be realized.

Client employs Law firm for representation in the above-described claim for damages only. Representation in any other matters must be the subject of a separate agreement. Client understands and agrees that Law firm does not provide advice or representation with respect to tax matters, and it is Client's responsibility to obtain tax advice from a Certified Public Accountant or other tax professional.

Law firm is under no obligation to take an appeal from any decision, judgment or order obtained in the case. If Client and Law firm agree to take an appeal, or if the other side takes an appeal, the percentages set forth above are subject to renegotiation, or an hourly fee may be charged.

Neither Law firm nor Client will settle the case without the other's approval. Client agrees not to settle, compromise or litigate said claim, or to retain any other attorney to handle the claim, without first paying Law firm according to the terms set forth above. Law firm may withdraw at any time upon giving reasonable notice to Client, and upon approval by the Court.

**<u>Client agrees that Law firm has made no promises or guarantees regarding the outcome of Client's claim.</u>**

Client has read this agreement, received a copy of it and agrees to all the terms and conditions herein. The terms and conditions of this agreement are binding upon Client's heirs, executors and legal representatives.

Signed this the **28** day of October, 2010.

_____          _____
Client                                                              Rothstein Law Firm, PA

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | **CONTINGENT FEE AGREEMENT** |
| COUNTY OF GREENVILLE | ) | |

Brian Scott Craton (hereinafter referred to as "Client") does hereby employ and retain Rothstein Law Firm, PA (hereinafter referred to as "Law firm") to represent him in connection with the following matter:

> **Lawsuit to collect unpaid wages and overtime compensation arising out of Client's employment with Lancaster County EMS as a paramedic. Client understands that the lawsuit may be filed as a collective action or a class action and that he would be named as a class representative, suing on behalf of himself and other similarly situated persons.**

In consideration of the necessary legal services to be rendered by the law firm, it is hereby expressly agreed that Law firm will retain or claim twenty-five percent (25%) of any and all monies or other compensation which may be paid or become due in a settlement before the institution of a lawsuit. In the event the case is filed as a lawsuit, it is hereby expressly agreed that Law firm will retain or claim thirty-three and one-third percent (33 1/3%) of any and all monies or other compensation which may be paid or become due in settlement, or by judgment or otherwise. If the Court makes an award of attorney's fees, Law firm will retain the larger of the Court-awarded fees or 33 1/3% of the total recovery (including the fee award).

Client is responsible for all out-of-pocket costs incurred in the processing of this case. To the extent that any such costs are directly attributable to one Client, those costs will be apportioned to that particular Client. Costs that are common to all Clients will be apportioned equally to each Client on a pro-rata basis. Law firm will bill Client for these costs on a monthly basis, and Client agrees to reimburse Law firm for all out-of-pocket expenses within ten (10) days of billing. Law firm will advance the initial out-of-pocket expenses of the suit; however, if the total out-of-pocket expenses exceed One thousand dollars ($1,000.00), Law firm may require Client, and Client agrees, to deposit the sum of Five hundred dollars ($500.00) into Law firm's trust account against which such costs will be billed. Client is responsible for the payment of all out-of-pocket costs even if no recovery is obtained. Law firm will advance all costs directly attributable to the class action portion of the lawsuit, including providing notice to potential class members, in the event that the Court does not order such expenses to be paid by the County.

If a recovery is obtained by settlement or otherwise, Law firm shall first subtract its percentage of the recovery for fees as agreed above. It shall then subtract any unreimbursed out-of-pocket costs from the remaining amount. Client authorizes and directs Law firm to deduct and pay any expert witness fees and costs from the recovery. The net proceeds of the recovery shall then be paid to Client. If the case is settled as a class action or collective action, Law firm may request that Client receive a larger portion of the recovery than that received by non-named plaintiffs because of the additional risks and responsibilities of being a named plaintiff in this action, subject to

approval by the Court. In the event of no recovery, Client shall owe Law firm nothing for attorney's fees, although Client will be responsible for paying his fair, pro-rata share of out-of-pocket costs advanced by Law firm.

Law firm retains the absolute right, it its own discretion, to withdraw at any time from the case if, after investigating the claim, Law firm determines that the claim does not appear to be recoverable, if the defendant does not have sufficient assets to satisfy a reasonably likely judgment, if there is no liability insurance coverage for the claim, or if the costs and time *required to prosecute* the action are disproportionate to the likely recovery.

In recognition of Law firm's co-ownership interest in the proceeds of this legal matter, and to secure payment by Client to Law firm of all expenses, court costs and attorneys' fees that Client is obligated to pay under this contract, Client hereby grants to Law firm a charging lien applicable to any and all recoveries in this matter, whether by settlement, collection of a judgment or otherwise. If Law firm is discharged prematurely without cause, Client agrees to reimburse Law firm for its advanced costs, and will pay to Law firm a reasonable fee for services it rendered in Client's behalf up to the time it is discharged. In determining what fee is reasonable, the factors to be considered will be those used to determine the reasonableness of a legal fee under the law of South Carolina. Client agrees that, as of the date of this contract, the value of any of Client's claims or causes of action is speculative and is dependent upon the services of counsel for its potential to be realized.

Client employs Law firm for representation in the above-described claim for damages only. Representation in any other matters must be the subject of a separate agreement. Client understands and agrees that Law firm does not provide advice or representation with respect to tax matters, and it is Client's responsibility to obtain tax advice from a Certified Public Accountant or other tax professional.

Law firm is under no obligation to take an appeal from any decision, judgment or order obtained in the case. If Client and Law firm agree to take an appeal, or if the other side takes an appeal, the percentages set forth above are subject to renegotiation, or an hourly fee may be charged.

Neither Law firm nor Client will settle the case without the other's approval. Client agrees not to settle, compromise or litigate said claim, or to retain any other attorney to handle the claim, without first paying Law firm according to the terms set forth above. Law firm may withdraw at any time upon giving reasonable notice to Client, and upon approval by the Court.

**_Client agrees that Law firm has made no promises or guarantees regarding the outcome of Client's claim._**

Client has read this agreement, received a copy of it and agrees to all the terms and conditions herein. The terms and conditions of this agreement are binding upon Client's heirs, executors and legal representatives.

Signed this the __29__ day of October, 2010.

_____  
Client

_____  
Rothstein Law Firm, PA